```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675029215
Cashier ID: ehawkins
Transaction Date: 11/18/2013
Payer Name: LAW OFFICE OF KYLE MOTHERSHEAD
-----------------------------------
CIVIL FILING FEE
 For: LAW OFFICE OF KYLE MOTHERSHEAD
 Case/Party: D-TNM-3-13-CV-001270-001
 Amount:        $400.00
-----------------------------------
CHECK
 Check/Money Order Num: 1142
 Amt Tendered: $400.00
-----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```