## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 24, 2015

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 14-6216, *Andrea Miller v. Woodston Maddox*
     Originating Case No. : 3:13-cv-01270

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

cc:  Mr. Robert Andrew Free
     Mr. Kyle F. Mothershead
     Ms. Keli J. Oliver
     Mr. Derrick Charleston Smith

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-6216

_____

Filed: June 24, 2015

ANDREA MILLER

    Plaintiff - Appellee

v.

WOODSTON MADDOX

    Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 06/02/2015 the mandate for this case hereby issues today.

COSTS:  None