COMPLAINT NUMBER: 2011-0687342        WARRANT NUMBER: GS552320

PROSECUTOR: Woodston E Maddox
DEFENDANT: Andrea Miller
VICTIM:

### STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
### RESISTING STOP, FRISK, HALT, ARREST, OR SEARCH
### T.C.A. 39-16-602

Personally appeared before me, the undersigned, [Select one] _x_ Commissioner, ___ Metropolitan General Sessions Judge , the prosecutor named above and made oath in due form of law that        [Select one] _x_ he ___ she [Select one] _x_ personally observed ___ has probable cause to believe that the defendant named above on 08/31/2011, in Davidson County, did unlawfully and intentionally prevent or obstruct a person known to the defendant to be a law enforcement officer or anyone acting in a law enforcement officer's presence and at such officer's direction from effecting a
[Select one] _x_ stop ___ frisk ___ search ___ halt or ___ arrest of any person by the use of force against said law enforcement officer or another. *The probable cause is as follows*:

Officer with a clear unobstructed view observed the defendant run the stop sign at Rowan and Revels and accelerate at a high rate of speed onto Baldwin ct. Officer pulled behind the defendant and initiated emergency equipment. The defendant's vehicle continued at an high rate of speed several hundred yards to the end of the street and pulled into a driveway at 612 Baldwin ct. Upon contact with the defendant at the driver door, a strong odor of marijuana was smelled on the defendant. **Officer asked the defendant to get out of the vehicle several times, which the defendant stated no and was verbally confrontational.** Upon officers attempt to remove the defendant from the vehicle after her refusal to exit the defendant jerked her arm away and tried to twist her body away from officers control continuing to be verbally confrontational.

ESignature  /s/
Prosecutor: Woodston E Maddox  0000011967
200 James Robertson Parkway

Nashville, Tennessee 37201

---

### ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Resisting Stop, Frisk, Halt, Arrest, or Search B MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 08/31/2011 01:40:09.

Carolyn Piphus
Judicial Comm.
Carolyn Piphus
Judge of the Metropolitan General Sessions Court/Commissioner

COMPLAINT NUMBER: 2011-0687342    WARRANT NUMBER: GS552319

PROSECUTOR: Woodston E Maddox
DEFENDANT: Andrea Miller
VICTIM:

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
**RECKLESS DRIVING**
T.C.A. 55-10-205

Personally appeared before me, the undersigned, [Select one] _x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] _x_ he ___ she [Select one] _x_ personally observed ___ has probable cause to believe that the defendant named above on 08/31/2011 in Davidson County, did unlawfully drive any vehicle in willful or wanton disregard for the safety of persons or property, and *the probable cause is as follows*:

Officer with a clear unobstructed view observed the defendant run the stop sign at Rowan and Revels and accelerate at a high rate of speed onto Baldwin Ct. Officer pulled behind the defendant and initiated emergency equipment. The defendant's vehicle continued at an high rate of speed several hundred yards to the end of the street and pulled into a driveway at 612 Baldwin ct. Several people could be seen walking down the street at the time. Posted speed limit for the area is 35mph.

ESignature
Prosecutor: Woodston E Maddox 0000011967
200 James Robertson Parkway

Nashville, Tennessee 37201

---

ARREST WARRANT

---

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Reckless Driving B MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 08/31/2011 01:39:23.

Carolyn Piphus
Judge of the Metropolitan General Sessions Court/Commissioner

1 of 1 pages    ORIGINAL

MG 000044