Exhibit B

# Elite Reporting Services

3310 ASPEN GROVE DRIVE, SUITE 301
FRANKLIN, TN 37067

(615) 595-0073

**Bill To:**
Ms. Keli Oliver
Metro Legal Department
P O Box 196300
Nashville, TN 37219

*[Stamp: METRO GOV'T OF NASHVILLE & DAVIDSON CO 2016 JAN 27 AM 8:49 METRO DEPT. OF LAW]*

## Invoice

| Date | Invoice # |
|---|---|
| 1/24/2016 | 30990 |

*Handwritten: 1/28/16*
*L-15901 ok to pay [initials]*

| Reporter | Job Description |
|---|---|
| Trine | Deposition 01/14/16 |

| Description | | Amount |
|---|---|---|
| Deposition Transcript Fee - Copy | 15 Pages | 47.50 |
| Condensed Transcripts -- No Charge | | 0.00 |
| Keyword Index - No Charge | | |
| PDF Transcript uploaded to Online Repository - No Charge | | |
| Delivery Fee | | 10.00 |
| | | |
| Miller vs Maddox | | |
| Case Number: 3131270 | | |
| Deposition of: Tommy Bradley (15 pages) 01/14/16 | | |
| James Jarvis and Andrew Davis - On Hold 01/14/16 | | |
| * | | |

*Handwritten annotations: X 2.50 = 37.50, 10.00 handling, $47.50*

*Handwritten: PAY $57.50*

| VENDOR # | 21516 7 |
|---|---|
| ACCOUNT # | 065050 00 |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

*L-15901*
*L-15901/miller*

We were pleased to provide Ms. Trine Mitchell as your court reporter.

TO INSURE PROPER CREDIT, THE INVOICE NUMBER STATED ABOVE MUST BE INCLUDED WITH YOUR PAYMENT INFORMATION.

WE NOW ACCEPT ALL MAJOR CREDIT CARDS.

We appreciate your business.

| Total Invoice | $57.50 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$57.50** |

Tax I. D. ███

# Elite Reporting Services

3310 ASPEN GROVE DRIVE, SUITE 301
FRANKLIN, TN   37067

(615) 595-0073

**Bill To:**
Ms. Keli Oliver
Metro Legal Department
P O Box 196300
Nashville, TN   37219

2016 JAN 27 AM 8:48
METRO DEPT. OF LAW

L-15901
OK to pay
*Keli O.*

# Invoice

| Date | Invoice # |
|---|---|
| 1/25/2016 | 30978 |

1/28/16

| Reporter | Job Description |
|---|---|
| Trine | Deposition 01/15/16 |

| Description | | Amount |
|---|---|---|
| Deposition Transcript  Fee - Copy / Read & Sign | 54 Pages x 2.75 pp  148.50 | 158.50 |
| Condensed Transcripts  --  No Charge | 10.00 handling | 0.00 |
| Keyword Index - No Charge | | |
| PDF Transcript uploaded to Online Repository - No Charge | $158.50 | |
| Exhibit Copies - Black & White | 25 Pages | 8.75 |
| Delivery Fee | | 10.00 |
| | | |
| Miller vs Maddox | | |
| Case Number:  3131270 | | |
| Deposition of:  Woodston Maddox 01/15/16 | | |
| * | | |

PAY $177.25

| VENDOR # | 21516 |
|---|---|
| ACCOUNT # | 065050 |
| OP/OM # | 50121 |
| BATCH # | |
| VOUCHER # | |

L-15901

L-15901/ miller

We were pleased to provide Ms. Trine Mitchell as your court reporter.

TO INSURE PROPER CREDIT, THE INVOICE NUMBER STATED ABOVE MUST BE INCLUDED WITH YOUR PAYMENT INFORMATION.

WE NOW ACCEPT ALL MAJOR CREDIT CARDS.

We appreciate your business.

| Total Invoice | $177.25 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$177.25** |

Tax I. D.

# Briggs & Associates

222 Second Avenue North
Suite 360M
Nashville, TN 37201
(615)482-0037

**Bill To:**

Keli J. Oliver, Esquire
222 Second Avenue North
Suite 600
Nashville, TN 37201

# Invoice

Number: 2315LAG
Date: May 05, 2016

**Ship To:**

*Handwritten:* L-15901  OK to pay  Kev [signature]  5/11/16

| PO Number | Account No. |
|---|---|
| 3:13cv1270 | |

| Date | Description | Amount |
|---|---|---|
| 4/21/16 | Andrea Miller v. Woodston Maddox | |
| | Deposition of Andrea Miller  4.50pp × 94p = 423 | 423.00 |
| | Deposition of Calvin Miller  4.50pp × 29 = 130.50 | 130.50 |
| | Deposition of Kyle Anderson  4.5pp × 62p = 234.00 | 234.00 |
| | Deposition of David Vorhaus  4.50pp × 37p = 166.50 | 166.50 |
| | Appearance Fee | 275.00 |
| 4/22/16 | Deposition of Dwight Smith  4.50 × 31p = 139.50 | 139.50 |
| | Deposition of Eliza Smith  4.50pp × 20p = 90.00 | 90.00 |
| | Deposition of David Liles  4.50pp × 31p = 139.50 | 139.50 |
| | Appearance Fee | 275.00 |
| | Thank You! | |

**Total** $1,873.00

*Handwritten:* PAY $1,873.00

| VENDOR # | 213383 |
|---|---|
| ACCOUNT # | 06505000 |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

L-15901

L-15901/Miller

METRO DEPT OF LAW
2016 MAY 10 PM 4:02
METRO GOV'T
OF NASHVILLE
& DAVIDSON CO

# Invoice

Number: 2139JH
Date: 6/1/2016

**Bill To**
Keli Oliver, Esq.
Metro Department of Law
222 Second Avenue North
Sixth Floor
Nashville, TN, 37201

**Ship To**
Briggs & Associates
Court Reporter: Jennifer Haynie
222 Second Avenue North
Suite 360M
Nashville, TN, 37201

| Tax ID No. | Style of Case | Date of Service |
|---|---|---|
|  | MillerVMaddox | April 20, 2016 |

| Description | Rate | Amount |
|---|---|---|
| Reporter's appearance fee | $0.00 | $135.00 |
| Original Transcript of KURT BARTLETT | $4.25 | $93.50 |

PAY $228.50

| VENDOR # | 213383 |
| ACCOUNT # | 0650500 |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

L-15901

L-15901/Miller

Total: $228.50

OK to pay
[signature]
6/6/16

**BRIGGS & ASSOCIATES**
**Reporter: Brandon Hobbs**
222 Second Avenue North
Suite 360M
Nashville, Tennessee 37201

briggscourtreporting.com
**Bill To:**
Keli J. Oliver,
Metropolitan Attorney
Metropolitan Courthouse
Suite 108
Nashville, Tennessee 37201
Tax ID #

4-Jun-16

INVOICE #  BH0545

IN RE:
Andrea Miller,
vs
Woodston Maddox

Case No. 3:13-1270

| DATE | DESCRIPTION | PAGES/HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/17/16 | Copy Transcript Deposition, Kim Burnett 20 pagesx2.75pp = | | 55.00 | $ 55.00 |

PAY $55.00

| VENDOR # | 213383 |
|---|---|
| ACCOUNT # | 0650500 |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

L-15901

L-15901/miller

*Thank you!*
*Your Business is Appreciated!*

TOTAL  $  55.00

Please make checks payable to
**Briggs & Associates**

OK to pay
MRoberge
6/6/16