# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANDREA MILLER, | ) |
|     Plaintiff, | ) |
| v. | )    Civil No. 3:13-cv-1270 |
| WOODSTON MADDOX, | ) |
|     Defendant. | ) |

## O R D E R

Pursuant to Administrative Order No. 138, it is hereby ORDERED that this case is TRANSFERRED to Judge William L. Campbell, Jr. for all purposes.

It is so **ORDERED.**

ENTER this 25th day of January 2018.

_____
ALETA A. TRAUGER
U.S. District Judge